MARY HORAN, as Administratrix of the Estate of DAVID HORAN, Deceased, Appellant, *v.* NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Respondent.

*Horan* v. *N. Y., N. H. & Hartford R. R. Co.,* 171 App. Div. 180, affirmed.

(Argued March 29, 1918; decided April 23, 1918.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 28, 1916, reversing a judgment in favor of plaintiff entered upon a verdict and granting a new trial in an action under the Federal Employers' Liability Act to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of the defendant, his employer. The intestate was a member of a gang of electric linemen and while engaged in installing certain devices on defendant's signal wires received a shock of electricity which caused his death. Plaintiff alleged negligence on the grounds of failure to insulate the wire, failure to kill or ground it, failure to furnish and inspect proper rubber gloves and the furnishing of a ladder which was insecure, insufficient and unsafe.

*Edgar T. Brackett, Leonard F. Fish* and *Thomas J. O' Neill* for appellant.

*E. R. Brumley* and *John M. Gibbons* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ. Not sitting: HISCOCK, Ch. J.